In the Matter of GAIL MURTAUGH, Individually and Doing Business as CROSBY HILL AUTO RACING, et al., Appellants, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents. (Proceeding No. 1.)

STATE OF NEW YORK et al., Respondents, v GAIL MURTAUGH, Individually and Doing Business as CROSBY HILL AUTO RACING, et al., Appellants. (Proceeding No. 2.)

Submitted September 4, 2007; decided November 15, 2007

Reported below, 42 AD3d 986.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

ELAINE PACHTER, Respondent, v BERNARD HODES GROUP, INC., Appellant.

Decided November 15, 2007

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.